UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL, | No. 2:16-cv-2511 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting that the names of non-party witnesses being deposed by written question be kept confidential. ECF No. 28. The motion will be denied. Plaintiff requests that the names of the non-party deponents be kept confidential from defendants at this stage of the proceedings, but provides no explanation for why such confidentiality is necessary. Defendants are entitled to discover the identity of witnesses plaintiff may be intending to rely upon, absent some compelling reason to protect their identities.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to keep the identities of non-party deponents confidential (ECF No. 28) is denied.

DATED: April 10, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE