UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | No. 2:16-cv-2511 AC P<br><br><br><br>ORDER TO SHOW CAUSE |

On April 11, 2019, the United States Marshals Service filed a return demonstrating personal service was completed on defendant Arana on April 10, 2019. ECF No. 30 at 1. The United States Marshal has requested reimbursement for services in the amount of $1,133.76. Id. at 2.

Rule 4 of the Federal Rules of Civil Procedure provides that a defendant "has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). It further provides that where a defendant fails to sign and return a waiver of service without good cause, the court must impose the expenses incurred in making service. Fed. R. Civ. P. 4(d)(2). The return shows that waiver of service forms were mailed to defendant Arana on January 17, 2019, and that he failed to file a waiver. ECF No. 30 at 1. The court finds that defendant Arana was given the opportunity required by Rule 4(d) to waive service and failed to comply with the request.

////

1

Additionally, Federal Rule of Civil Procedure 12 provides that a defendant must answer a complaint "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). Defendant Arana was served on April 10, 2019, and the deadline for filing a timely response to the complaint has now passed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the service of this order, defendant Arana shall pay the United States Marshal $1,133.76, unless within that time he files a written statement showing good cause for his failure to waive personal service.

2. Within fourteen days of service of this order, defendant Arana (or his counsel if he is represented) must file and serve the following: (1) a response to the complaint and (2) a verified statement showing cause for the delay in filing a responsive pleading and why default should not be entered. Failure to respond will result in default being entered against defendant Arana.

DATED: May 9, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE