UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | No. 2:16-cv-2511 AC P<br><br><br><br>ORDER |

By order filed May 13, 2019, defendant Arana was ordered to reimburse the United States Marshal for the fees incurred as a result of his failure to waive personal service absent a showing of good cause and to show cause why default should not be entered for failing to timely respond to the complaint. ECF No. 31. Defendant has now responded to the order. ECF No. 32.

Defendant avers that he did not receive a request to waive service, and that until he was personally served, he had believed that the California Department of Corrections and Rehabilitation (CDCR) was representing him because he had been asked to complete paperwork for that purpose in August 2018. Id. at 2, ¶¶ 4-5. The court finds that defendant has shown good cause for his failure to waive personal service and he will not be required to reimburse the United States Marshal. With respect to defendant's failure to respond to the complaint, although he has not addressed why he did not file a timely response, defendant has evinced an intent to defend

////

1

| | |
|---|---|
| 1 | against plaintiff's allegations and therefore shown sufficient cause why default should not be |
| 2 | entered. |
| 3 | Defendant also requests an additional twenty-one days to file a response to the complaint |
| 4 | on the grounds that he requires additional time to evaluate his options for a responsive pleading |
| 5 | and to contact the CDCR to determine why they chose not to represent him. Id., ¶¶ 7. However, |
| 6 | defendant fails to explain why he did not request this additional time to address these matters |
| 7 | prior to the expiration of his time to respond to the complaint, and his request for an extension of |
| 8 | time to respond to the complaint will therefore be granted only in part. |
| 9 | Accordingly, IT IS HEREBY ORDERED that: |
| 10 | 1. Defendant Arana has shown good cause why he failed to waive personal service and |
| 11 | he is not required to reimburse the United States Marshal for the cost of service. |
| 12 | 2. Defendant Arana has demonstrated that he intends to defend against plaintiff's |
| 13 | allegations and default should not be entered against him. The order to show cause (ECF No. 31) |
| 14 | is therefore discharged. |
| 15 | 3. Defendant Arana's request for an extension of time to respond to the complaint is |
| 16 | granted in part and he shall have an additional seven days, up to June 6, 2019, to file a response to |
| 17 | the complaint. |
| 18 | DATED: May 23, 2019 |
| 19 | |
| 20 | ALLISON CLAIRE<br>UNITED STATES MAGISTRATE JUDGE |