UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | No. 2:16-cv-2511 AC P<br><br><br><br>ORDER |

By order filed October 25, 2019, the court partially granted plaintiff's motion to compel further production of documents from defendant Weeks. ECF No. 39. Defendant Weeks was given fourteen days to file his privilege log and any applicable affidavits necessary to support the privilege asserted. Id. at 13. Fourteen days have now passed, and defendant Weeks has not complied with the order.

Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order, defendant shall show good cause why he should not be sanctioned for failing to comply with the October 25, 2019 order. Prompt filing of the documentation outlined in the October 25, 2019 order will be deemed full compliance with this order and will discharge the order to show

////

////

////

1

cause.  Failure to timely comply with this order shall result in the imposition of appropriate sanctions.

DATED: November 13, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE