# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL, | No. 2:16-cv-2511 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Due to pending discovery disputes, the parties' deadlines for filing summary-judgment motions were vacated, to be re-set at a later date. ECF No. 27, 45. The discovery disputes have now been resolved and a new deadline for filing summary judgment motions shall be set as to all parties.

Accordingly, IT IS HEREBY ORDERED that the parties may filed motions for summary judgment within thirty days of the filing of this order.

DATED: February 19, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE