IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN RODRIGUEZ BERNAL,** | Case No. 2:16-cv-2511-AC |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| **v.** | |
| **J. BEARD, et al.,** | |
| Defendants. | |

On March 17, 2020, Defendant Weeks moved the Court for a modification of the Court's Order issued February 20, 2020 (ECF No. 48), and sought an extension of time of thirty days, up to and including April 20, 2020, to file a motion for summary judgment.  ECF No. 49.  Good cause having been shown, Defendant Weeks' motion is granted.  The deadline to file dispositive motions is extended to April 20, 2020.

IT IS SO ORDERED.

DATED: March 18, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE