IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN RODRIGUEZ BERNAL,** | Case No. 2:16-cv-2511 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **JEFFREY BEARD, et al.,** | |
| Defendants. | |

On April 20, 2020, Defendant Weeks moved the Court for a second modification of the Court's Order, and sought an addition extension of time of three days, up to and including April 23, 2020, to file a motion for summary judgment. Good cause having been shown, Defendant's motion is granted. The deadline to file dispositive motions is extended to April 23, 2020.

DATED: April 21, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE