UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | No. 2:16-cv-2511 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed an offer of judgment from defendant Arana and what appears to be a timely notice of acceptance of the offer. ECF No. 57. However, the copy of the notice of acceptance filed by plaintiff has not been signed. Id. at 6-7. Plaintiff must file a signed copy of his notice of acceptance in order for judgment to be entered. Defendant Arana may also file a signed copy of the acceptance if he has received one.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order plaintiff or defendant Arana shall file a signed copy of the acceptance of judgment. Failure to do so will result in judgment not being entered.

DATED: May 19, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE