UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN RODRIGUEZ BERNAL,

Plaintiff,

v.

JEFFREY BEARD, et al.,

Defendants.

No.  2:16-cv-2511 AC P

ORDER

On April 23, 2020, defendant Weeks filed a motion for summary judgment.  ECF No. 55. Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in a recommendation for the dismissal without prejudice of the claims against defendant Weeks for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 1, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE