UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | No. 2:16-cv-2511 JAM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By findings and recommendations filed April 2, 2021, the undersigned recommended that defendant's motion for summary judgment be granted in part and denied in part. ECF No. 65. The findings and recommendations have now been adopted in full, ECF No. 70, and this case is now ready to proceed to trial. However, the court has determined that this case would benefit from a settlement conference before pretrial and trial dates are set. Therefore, this case will be referred to Magistrate Judge Deborah Barnes to conduct a settlement conference. A separate order and writ of habeas corpus ad testificandum will issue at a later date.

In accordance with the above, IT IS HEREBY ORDERED that:

1. A settlement conference has been set for August 31, 2021, at 10:00 a.m. before Magistrate Judge Deborah Barnes. The manner of Settlement Conference shall be determined at a later date.

2. Parties are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.

3. The parties are directed to submit their confidential settlement conference statements to the Court using the following email address: dborders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Statements are due at least 7 days prior to the Settlement Conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement." Any party unable to submit their statement via email may do so using traditional mail service by mailing the statement to United States District Court, 501 I Street, Sacramento, CA 95814, and indicating on the envelope and on the face of the statement that it is a confidential settlement statement to Magistrate Judge Deborah Barnes. Any party mailing their settlement conference statement shall mail it so that it is received by the court at least 7 days before the settlement conference.

DATED: July 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE