UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL,<br>　　　　Plaintiff,<br>　　v.<br>JEFFREY BEARD, et al.,<br>　　　　Defendants.<br>_____ / | No. 2:16-cv-2511 JAM AC P<br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Ruben Rodriguez Bernal, CDCR # F-34960, a necessary and material witness in a settlement conference in this case on August 31, 2021, is confined in the RJ Donovan Correctional Facility, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Deborah Barnes, by Zoom video conference from his place of confinement, on Tuesday, August 31, 2021, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the RJ Donovan Correctional Facility at (619) 671-7566 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Pete Buzo, Courtroom Deputy, at pbuzo@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, RJ Donovan Correctional Facility, 480 Alta Rd., San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barnes at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE