UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL, | No. 2:16-cv-2511 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for service of a subpoena on his witness, Connie Davis, who has agreed to testify on plaintiff's behalf. ECF No. 79.

    As plaintiff was previously advised, if the witness he seeks to have testify at trial is a voluntary witness, there is no need for a subpoena. Plaintiff need only notify her of the date and time of the trial. ECF No. 77 at 4. Although plaintiff states that he requires service of a subpoena by the court because he is limited in obtaining Ms. Davis' address from her employer, the California Department of Corrections, he has failed to demonstrate that he is unable to communicate with Ms. Davis either through institutional mail or through the litigation coordinator. ECF No. 79 at 2. Furthermore, even if the court were to order the United States Marshal to serve a subpoena, an address is required for service to be accomplished. Plaintiff is further reminded that if a subpoena is necessary, in addition to completing and submitting

1

subpoenas for service by the United States Marshal, he is required to submit a money order for each witness, payable to the witness he seeks to subpoena, for the full amount of the witness's travel expenses plus the daily witness fee of $40.00.  ECF No. 77 at 4.  There is no indication that plaintiff has submitted the required money orders, and the court will not order the subpoenas served until the required money orders are received.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for service of a subpoena, ECF No. 79, is DENIED.

DATED: February 17, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE