# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ BERNAL,<br>　　　　Plaintiff,<br>　　v.<br>JEFFREY BEARD, et al.,<br>　　　　Defendants.　　　　　　　／ | No. 2:16-cv-2511 DAD AC P<br><br>**AMENDED ORDER &<br>WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

　　　Ruben Rodriguez Bernal, CDCR # F-34960, a necessary and material participant in a settlement conference in this case on March 15, 2023, is confined in the RJ Donovan Correctional Facility, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Magistrate Judge Kendall J. Newman, by Zoom video conference from his place of confinement, on Wednesday, **March 15, 2023, at 9:30 a.m.**

　　　　　　　　ACCORDINGLY, IT IS ORDERED that:

1. The writ issued for this inmate's attendance on February 6, 2023, is vacated.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the RJ Donovan Correctional Facility at (619) 671-7566 or via email.

5. Any difficulties connecting to the Zoom video conference shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJ Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kendall J. Newman*
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

bern2511.841Z.amend